UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HERENGRACHT GROUP LLC, a Nevada limited
liability company,

                Plaintiff,

-vs-                                              Case No. 2:10-cv-362-FtM-29SPC

AMERICAN TOMBOW, INC., a Georgia
corporation,

                Defendant.
_____

## **AMENDED ORDER**[1]

This matter comes before the Court on Defendant's Motion for Enlargement of Time to Answer, Move, or Otherwise Respond to the Complaint (Doc. #7) filed on July 1, 2010. Defendant requests an extension of four weeks to respond to Plaintiff's Complaint. As grounds, Defendant asserts that its parent corporation is located in Tokyo, Japan and communications require translation and long delays due to time zone differences. Plaintiff objects to the requested extension and only agrees to a 10-day extension. The Court will not grant such a lengthy extension as four weeks, but will give the Defendant an additional 20 days.

Accordingly, it is now

**ORDERED:**

---

[1] This Order is amended only as to the deadline set for Defendant to file its Answer. The Court previously stated that the deadline was July 22, 2010, but amends this date to August 1, 2010.

Defendant's Motion for Enlargement of Time to Answer, Move, or Otherwise Respond to the Complaint (Doc. #7) is **GRANTED** in part.  Defendant shall have up to and including **August 1, 2010** to respond to Plaintiff's Complaint.

**DONE AND ORDERED** at Fort Myers, Florida, this   6th   day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record